IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GEORGE ELI BROWN**                                                                              **PETITIONER**

v.                              **CASE NO. 2:24-CV-00058-BSM**

**CHAD GARRETT,**                                                                                 **RESPONDENT**
**Warden, FCI Forrest City-Low**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE